IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VERSUS                                             CRIMINAL ACTION NO. 4:05CR95

HEZEKIAH PATTON

## ORDER

This cause is before the Court on defendant Patton's Motion for an Order Requiring the Prosecution to Give Notice of its Intention to Use Other Crimes, Wrongs or Act Evidence [684]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Patton's Motion for an Order Requiring the Prosecution to Give Notice of its Intention to Use Other Crimes, Wrongs or Act Evidence [684] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that the government is to provide defendant Patton with notice of the 404(b) evidence it intends to introduce at trial at least two weeks prior to trial.

SO ORDERED, this the 23rd day of August, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE